IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
TERENCE C. PRIESTER,              )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     1:20CV1102
                                  )
CAROLINA COMMUNITY SUPPORT        )
SERVICES, INC., ERICA             )
LOCKLEAR, and NYESHA ROBINSON,    )
                                  )
          Defendants.             )
```

**ORDER**

On June 8, 2021, the United States Magistrate Judge's Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 14, 15.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendants' Partial Motion to Dismiss, (Doc. 8), is **GRANTED IN PART** as to Plaintiff's Second and Seventh Causes of Action (hostile work environment based on sexual harassment in violation of Title VII and wrongful termination in violation of North Carolina public policy against sexual harassment) and **DENIED IN PART** as to Plaintiff's Sixth

Cause of Action (tortious interference with an employment contract).

This the 19th day of July, 2021.

```
                          /s/ William L. Osteen, Jr.
                          United States District Judge
```